UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-57-F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COREY CONNELL CARROLL,<br>               Defendant. | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 68 be sealed until further order of the court.

SO ORDERED.

This the 19th day of March, 2013.

_____
Honorable James C. Fox
Senior United States District Judge