UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-57-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COREY CONNELL CARROLL, | ) | |
| Defendant. | ) | |

The Government has withdrawn its motion for a court order prohibiting Carroll from cutting his hair. *See* Minute Entry for May 28, 2013 hearing [DE-103]. Therefore, the United States Marshal Service and Department of Corrections officials may permit Carroll to shave and cut his hair prior to his scheduled July 22, 2013 trial date. Any order of this court prohibiting Carroll from cutting his hair is hereby RESCINDED. The Clerk of Court is DIRECTED to provide a copy of this order to the United States Marshal Service.

SO ORDERED.

This the 16 day of July, 2013.

JAMES C. FOX
Senior United States District Judge