IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-57-F

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| COREY CONNELL CARROLL, ANTWON QUARTEZ OBEY, | |
| Defendants. | |

This matter is before the Court on Defendants Corey Connell Carroll and Antwon Quartez Obey's Joint Motion to Seal Certain Exhibits to the Joint Motion to Dismiss or to Suppress [DE-141]. For good cause shown, the motion is GRANTED, and the Clerk of Court is hereby directed to seal exhibits A through G.

This the 19th day of July, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge