UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No: 7:12-CR-57-F

UNITED STATES OF AMERICA

vs.

ORDER

COREY CONNELL CARROLL;

ANTWON QUARTEZ OBEY

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on on July 23, 2013, be turned over to the case agent, Steven Babits, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 32, 56, 76, 84, 90, 100 | Controlled Substances |

This  23  day of  July , 2013.

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: _____