IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-00057-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COREY CONNELL CARROLL, | ) | |
| Defendant. | ) | |

This matter is before the court on Corey Carroll's Motion for Copies [DE-205] and his Notice and Demand [DE-207].

In his Motion for Copies, Carroll requests that a copy of his Complaint [DE-1] and arrest warrant [DE-7] be sent to him at no cost. The court finds that Carroll is entitled to these documents upon paying the proper copy fee. Accordingly, Carroll's Motion for Copies [DE-205] is ALLOWED to the extent that Carroll is entitled to a copy of his Complaint and arrest warrant once he pays the proper fee.[1] The Clerk is DIRECTED to provide Carroll with information regarding the cost for these copies.

As to Carroll's Notice and Demand, the court notes that this court was without jurisdiction once Carroll filed his Notice of Appeal on December 24, 2013. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.") The Clerk is DIRECTED to forward a copy of this filing to the Fourth Circuit Court of Appeals.

---

[1] An indigent defendant may be entitled to transcripts at the government's expense if he has stated a proper ground for relief and the transcripts are indispensable. *United States v. Glass*, 317 F.2d 200, 202-03 (4th Cir. 1963).

SO ORDERED.

This, the 21st day of March, 2014.

James C Fox
JAMES C. FOX
Senior United States District Judge

2