IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-00057-F-1
No. 7:14-CV-00191-F

| | |
|---|---|
| COREY CONNELL CARROLL, ) | |
|     Petitioner ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Respondent. ) | |

This matter is before the court *sua sponte*. Within **twenty-five (25) days** hereof, the Government is DIRECTED to respond to the following motions filed by Corey Connell Carroll: (1) Request for Leave [DE-231]; (2) Motion to Voluntarily Withdraw Grounds 1 Through 3 [DE-236]; (3) Motion Pursuant to Federal Rules of Evidence 201(b)(2), (c)(2), and (d) [DE-237]; and (4) Motion to Amend [DE-238].

    SO ORDERED.

    This the 4 day of April, 2016.

                                                    *James C. Fox*
                                                    James C. Fox
                                                    Senior United States District Judge